UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

### CIVIL RIGHTS COMPLAINT FORM

CASE NUMBER: 3:17-cv-433-J-34JBT
(To be supplied by Clerk's Office)

Carlton Xavier Mathews
#2014023145

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Sergeant Hayden    Officer Mack
Officer J. Adams   Nurse Hal
Officer Casey
Officer Ortegus

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED 2017 APR 12 PM 12:45

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Duval Pre-Trial Detention Center
(Indicate the name and location)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓)  No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit: Excessive Force &
      Plaintiff(s): Retaliation
      Carlton Xavier Mathews
      Defendant(s): Officer J. Whetherbee, Sergeant M.A. Coulter and D. Brabston

   2. Court (if federal court, name the district; if state court, name the county):
      United States District Court Jacksonville Division

   3. Docket Number: 3:16-CV-579-J-20-JRK

   4. Name of judge: James R. Klindt

   5. Briefly describe the facts and basis of the lawsuit: I was brutally attack by the above mention officer. I was pepper sprayed, punched, and kick in my face.

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      Still pending

   7. Approximate filing date: 5-23-2016

   8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: __NA__

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __Carlton Xavier Mathews__
   Mailing address: __500 E. Adams St. Jacksonville Fl. 32202__

B. Additional Plaintiffs: __N/A__

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Sergeant Hayden__
   Mailing Address: __501 E. Bay Street, Jacsonville Sheriff's Office__
   Position: __Sergeant__
   Employed at: __Duval Pre-Trial Detention Center__

D. Defendant: __Officer J. Adams__
   Mailing Address: __501 E. Bay Street, Jacksonville Sheriff's Office__

DC 225 (Rev 2/2012)                3

Position: Officer

Employed at: Duval Pre-Trial Detention Center

E. Defendant: Officer Casey

Mailing Address: 501 E. Bay Street, Jacksonville Sheriff's Office

Position: Officer

Employed at: Duval Pre-Trial Detention Center

F. Defendant: Officer Ortegus

Mailing Address: 501 E. Bay Street, Jacksonville Sheriff's Office

Position: Officer

Employed at: Duval Pre-Trial Detention Center

G. Defendant: Officer Mack

Mailing Address: 501 E. Bay Street, Jacksonville Sheriffs Office

Position: Officer

Employed at: Duval Pre-Trial Detention Center

Nurse Hal
501 E. Adams Street, Jacksonville
Sheriff's Office
Nurse
Duval Pre-Trial Detention Center

# FACTS

1. On 12-5-2016, at approximate 8:23 pm, I was out for my leisure time when inmate Joshua Evora come back from his visition. However, I had just come out my cell with all my shower utensil, soapdish, towel, and wash cloth, and was anticipating to go straight to the shower when Officer Mack rolled the door to let inmate Evora in.

2. Please don't forget this is a confinement unit and inmate are only allowed out their cell one at a time one hour per day.

3. Officer Mack, however, just rolled the door and let inmate Evora in the dormitory while I was out for my time.

4. Therefore I called myself being consider-

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

ate of the Officers and stood up stairs to inmate Evora went inside his cell and his cell door was locked before I went to the Shower.

5. Proper procedure is for Officers to escort inmates to their cell when someone is out, or make the inmate who's out go to his cell to Officer's let the inmate out or back in the dorm.

6. Only time two inmate can be out if an Officer is in the dormitory. In other words, instead of the Officer making the inmate that's out for his time go back and lockdown to other come in or go out his cell.

7. The normal usually routine when an inmate is coming back from court or Medical and Someone is out for their time and the Officer is escorting an inmate in or out the dormitory they will order the inmate that's out to stay up or down stairs depending where the inmate out is at. Basically the Officers don't won't the inmates getting to close or having contact with each other.

8. However, I don't no for sure what Officer it was, but he stood at the control station door and watched inmate Evora walk to his cell instead of walking him all the way to his cell like Officers are suppose to do.

9. I knew I only had maybe 5 five or 10 ten minutes before my time was up. By time I did make it to the shower Officer Mack hollered over the intercom, "time up."

10. I then went to the intercom and tried to explain to Officer Mack the only reason why I was not in the shower because I called myself being considerate of him and the Officers by staying up stairs to the other inmate he let in the dormitory on me got to his cell.

11. However, I tried to reason with Officer Mack and asked him could I just take a 5 five minute shower, and if I wouldn't have waited up stairs for the inmate to get to his cell I would have already been in the shower.

12. Officer Mack stated that he didn't care and for me to take it to my cell right now, or it will be problems. Officer Mack spoke in a very belligerent tone and threating manner.

13. I politely asked Officer Mack could I talk to his Sergeant. That's when I notice Officer Mack make a movement like he was about to run in the dorm himself but quickly must have realize he would need someone to press the buttons to let him inside the dormitory and turned back around and that's when Officer Mack opened the doors for Officer J. Adams to come in.

14. Officer J. Adams enter the dorm with his pepper spray drawn in his hands before he even got inside the door.

15. However, I don't know for 100% percent, but I think it was Officer Ortegus at Officer Adams side when he came in, also I watched Sergeant Hayden come running down the hallway with another Officer coming towards the dorm putting on black gloves.

16. That's when Officer J. Adams went to screaming out, "go to your fucking cell, now." I complied with his orders and turned around to to go to my cell when Officer Adams start to spraying me with his pepper gas.

17. Base upon witnesses and belief Officer Adams then body slammed me to the floor and my head hit the pavement hard. That's when I felt the officers punching and kicking me in my face. while this massacre occurred the officers are all yelling, "stop resisting, stop resisting."

18. One of the Officer I believed and from all the inmates that witness the slaughter, said that it was Officer Adams whom was pulling my arm back. This officer pulled my arm in a diverse maneuver while pressing his other hand on my elbow and could have broke my arm.

19. Officer Adams was riding my back and he let my arm go and he stuck 1 or 3 three of his fingers in my eyeball socket and tried to rip my eyeball out the socket.

20. While Officer Adams tried his best to demolish me, all the other Officers punched and kicked me in my face and ribs.

21. This brutally attack went on for approximate 5 five to 7 seven minutes. After I was cuffed and lead out to the bench in the hallway. Furthermore, my vision being to come back and I squinted my eyes open and Officer Ortegus leaned down like a father would do to give his child a pacifier, smiled at me and made a smart remark before he empty his whole can of pepper spray right in my face and being to talk trash afterwards.

22. I then rocognize Officer Adams voice when he being to boast to his employess how he dug his fingers in my eyeball and tried to rip it out of socket.

23. One of the Officer then strapped me in the restraint chair so thight I became short of breathe and thought I would die.

24. I sit in the restraint chair for close

to 10 ten minutes before Nurse Hal come with Chemical aid or Suppose to had Chemical aid with her.

25. Instead of Nurse Hal bringing the Chemical liquid bottle to pour in my eyes and properly wash my eyes out. Nurse Hal only had a demp cloth I assume had Chemical on it and barely Cleaned out my eyes. All Nurse Hal did was wipe the Corner of both of my eyes and that was it.

26. I being to Complain to Nurse Hal and asked her where was the Chemical liquid aid bottle the Nurse used to wash out inmates eyes after they got Sprayed. Nurse Hal responded by Stating, "I left it."

27. Therefore with the Substantial amount of pepper Spray that was used on my face left me Severly burning and in excruciating pain.

28. Any time an inmate do get Sprayed, the Nurses will Come with a Small bottle of liquid Chemical and pour the Chemical liquid in the inmate eyes before she use the Cloth to wipe out his eyes and face.

29. Not only did Nurse Hal barely clean out my eyes nor had the chemical aid bottle, Nurse Hal left pepper gas running down my face after she called herself cleaning my face.

30. The following day on 12-6-2016, I was being escorted from medical and the Officer that was escorting me bragged and made jokes to the other Officer on the elevator how lazy of a job the Nurse cleaned out my eyes, and even made a short imitation of how I complained to the Nurse about not properly cleaning out my eyes, and he wasn't even there or had any thing to do with the situation, he however, had to learn that information through one of the officers that was involve.

## II. EXHAUSTION OF LEGAL REMEDIES

31. Plaintiff Carlton Xavier Mathews used the prison grievance procedure available at Duval Pre-Trial Detention Center to try and solve the problem on 5-6-2016, plaintiff filed several grievances that went unanswer.

## III. LEGAL CLAIMS

32. Plaintiff reallege and incorporate by reference pargraphs 1-30.

33. The beating and unsafe conditions, violated Plaintiff Carlton Xavier Mathews rights and constituted cruel and unusual punishment and due process violation under the 8 Eighth and 14 Fourteen Amendment to the United States Constitution.

34. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court Compensator and punitive relief which plaintiff seeks.

## IV. PRAYER FOR RELIEF
### VERIFICATION

WHEREFORE, I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

signature _Carlton Mathews_
Mathews, Carlton

## IV. PRAYER FOR RELIEF

WHEREFORE plaintiff respectfully prays that this court enter Judgment granting plaintff.

Compensator damges in the amount of $55,000 against each defendant, Jointly and Severally

Punitive damages in the amount of $55,000 against each defendant.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 9 day of April, 2017.

*[signature]*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 11 day of April, 2017.

## Witness List

Lewis Porter

Brian Fogarty

Joshua Evora #2011000745

Alvin B. Prince #2016026479

Anitono Lenient

Carlton Mathews #2014023245

DC 225 (Rev 2/2012)                7